**FILED**
August 18, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                            )      Case No. 2:11-cr-00190-MCE
           Plaintiff, )
v.                                  )
                                            )      ORDER FOR RELEASE OF
PHAT NGUYEN,                   )      PERSON IN CUSTODY
                                            )
           Defendant. )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release, PHAT NGUYEN, Case No. 2:11-cr-00190-MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    _X_     Release on Personal Recognizance

    ___     Bail Posted in the Sum of: $

            ___     Unsecured Appearance Bond

            ___     Secured Appearance Bond

    _X_     (Other) <u>Conditions as stated on the record.</u>

    ___     (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  <u>Sacramento, CA</u>  on  <u>8/18/2014</u>  at <u>4:15 pm</u>.

By  _____
      Edmund F. Brennan
      United States Magistrate Judge